**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ALEXSANDRO FARIA  Petitioner | )  )  ) |
| v. | )  )  ) |
| BRUCE CHADBORNE  DISTRICT DIRECTOR  U.S. IMMIGRATION AND  CUSTOMS ENFORCEMENT  Respondent | )  )  )  )  ) |

04-cv-11441-WGY

## MOTION TO DISMISS FOR GOOD CAUSE

NOW COMES, Alexsandro Faria ("Petitioner"), by and through Counsel, and respectfully moves this Honorable Court to dismiss Petitioner's request for Habeus Corpus. In support of this Motion, Respondent's Counsel states as follows:

1. Petitioner has been released from custody by Immigration and Customs Enforcement; and

2. petitioner's request for Habeus Corpus relief and Stay of Deportation is moot; and

3. attorney for Petitioner respectfully requests that this motion be granted; and

```
                                          Respectfully Submitted,

                                          [signature]
July 1, 2004                              Jeff Ross, Esq.
Date                                      Ross & Associates
                                          20 Park Plaza, Suite 633
                                          Boston, MA 02116
                                          MAIN (617) 338-4040
```

I hereby certify that a true copy of the above document was served upon Office of the District Counsel, Department of Homeland Security, JFK Building, Room 425, 15 New Sudbury Street, Boston, MA 02203; Office of the Chief Counsel, DHS-ICE, P.O. Box 1711, Harlingen, TX 78551, the attorney of record for each party by mail on July 1, 2004.

[signature]