UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ALEXSANDRO FARIA</u>,

        Petitioner,

        v.

<u>BRUCE CHADBOURNE</u>,
        Respondent.

CIVIL ACTION

NO.   04-11441-WGY

<u>ORDER OF DISMISSAL</u>

<u>YOUNG, C. J.</u>

    In accordance with this Court's order dated <u>July 2, 2004</u>, it is ORDERED that the within action be and it is hereby dismissed.

        By the Court,

        s/ Linn A. Weissman
        Deputy Clerk

Date   July 12, 2004

(noticeofdismissal.wpd - 12/98)        [odism.]